UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BARKES, et al. | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 06-104 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., et al. | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana M. Spring, Esquire, as attorneys for defendants First Correctional Medical, Inc., and certain unknown individual employees of First Correctional Medical, Inc., in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

               **McCULLOUGH & McKENTY, P.A.**

               /s/ Dana M. Spring
               Daniel L. McKenty, Del. Bar No. 2689
               Dana M. Spring, Del. Bar No. 4605
               1225 N. King Street, Suite 1100
               P.O. Box 397
               Wilmington, DE 19899-0397
               (302) 655-6749
               Attorneys for First Correctional Medical, Inc., and certain unknown individual employees of First Correctional Medical, Inc.

March 22, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BARKES, et al. | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 06-104 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., et al. | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, **Dana M. Spring**, hereby certify that on this date a copy of the attached *Entry of Appearance* was served via first class mail upon the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Inc., and certain unknown individual employees of First Correctional Medical, Inc.

March 22, 2006