


**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

April 7, 2006

Civil Division-New Castle County

Daniel L. McKenty, Esquire
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

    Re:    *Barkes, et al. v. FCM, et al.*
             C.A. No. 06-104 JJF

Dear Mr. McKenty:

    Per our conversation of April 5, 2006, this will confirm that you have agreed to accept service, on behalf of co-defendant First Correctional Medical, Inc., of the State Defendants' cross-claim in this matter, which has been filed today. Thank you for your courtesy in this regard.

    Please feel free to contact me if you should have any questions.

                            Very truly yours,

                            /s/ Stephani J. Ballard

                            Stephani J. Ballard
                            Deputy Attorney General

cc: Clerk of the Court
     Jeffrey K. Martin, Esquire