**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KAREN BARKES, et al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 06-104 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., et al. | ) | JURY OF 12 DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST CORRECTIONAL MEDICAL'S ANSWER TO STATE DEFENDANTS' CROSS-CLAIM AGAINST FIRST CORRECTIONAL MEDICAL FOR CONTRACTUAL DEFENSE AND INDEMNIFICATION**

1. Admitted.

2. Admitted.

3. Denied. By way of further answer, the contractual language speaks for itself.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Wrongful conduct by answering defendant is denied and it is hereby denied that any actions of the answering defendant caused any illnesses, injuries, or damages of any nature to the plaintiff.

9. Denied.

10. Answering defendants incorporate by reference paragraphs 1-9 of the Answer to the Cross-claim as if more fully set forth herein.

11.  Denied.

12.  Denied.

13.  Denied. By way of further answer, co-defendant's paragraph 13 is nonsensical.

**WHEREFORE**, defendant First Correctional Medical demands that the action against it be dismissed and that it be awarded the costs of defense of this action.

### FIRST AFFIRMATIVE DEFENSE

This claim is barred by the doctrine of Accord and Satisfaction.

### SECOND AFFIRMATIVE DEFENSE

This claim is barred by State Defendants' Assumption of Risk.

### THIRD AFFIRMATIVE DEFENSE

This claim is barred by State Defendants' Comparative Negligence.

### FOURTH AFFIRMATIVE DEFENSE

This claim is barred by the doctrine of Estoppel.

### FIFTH AFFIRMATIVE DEFENSE

This claim is barred for Failure of Consideration.

### SIXTH AFFIRMATIVE DEFENSE

This claim is barred by Laches.

### SEVENTH AFFIRMATIVE DEFENSE

State Defendants failed to state a claim upon which relief may be granted.

### EIGHTH AFFIRMATIVE DEFENSE

The indemnification clause cited by State Defendants does not indemnify the State for acts of negligence committed by State Employees.

                                    **McCULLOUGH & McKENTY, P.A.**

                                    /s/ Dana Spring Monzo
                                    Daniel L. McKenty, Del. Bar No. 2689
                                    Dana Spring Monzo, Del. Bar No. 4605
                                    1225 N. King Street, Suite 1100
                                    P.O. Box 397
                                    Wilmington, DE 19899-0397
                                    (302) 655-6749
                                    Attorneys for First Correctional Medical, Inc.

Dated: June 12, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BARKES, et al. | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 06-104 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., et al. | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *First Correctional Medical's Answer to State Defendants' Cross-Claim Against First Correctional Medical for Contractual Defense and Indemnification,* was efiled and served via first class mail upon the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Stephanie J. Ballard, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801

                                **McCULLOUGH & McKENTY, P.A.**

                                /s/ Dana Spring Monzo
                                Daniel L. McKenty, Del. Bar No. 2689
                                Dana Spring Monzo, Del. Bar No. 4605
                                1225 N. King Street, Suite 1100
                                P.O. Box 397
                                Wilmington, DE 19899-0397
                                (302) 655-6749
                                Attorneys for First Correctional Medical, Inc.

Dated: June 12, 2006