IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KAREN BARKES, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 06-104-JJF |
| ) | |
| **FIRST CORRECTIONAL** ) | |
| **MEDICAL, INC.,** ) | |
| **STANLEY TAYLOR, et al.,** ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned certifies that on September 26, 2006, she caused the **STATE DEFENDANTS' RULE 26(a) DISCLOSURES** to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Dana Spring Monzo, Esquire
McCullough & McKenty
1225 N. King St., Ste. 1100
P.O. Box 397
Wilmington, DE 19899-0397

**MANNER OF DELIVERY:**

  X    Two true copies by first class mail, postage prepaid, to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants