## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KAREN BARKES, et. al** | : | |
| | : | |
| **Plaintiffs,** | : | **C.A. No. 06-104(JJF)** |
| | : | |
| **v.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **FIRST CORRECTIONAL MEDICAL,** | : | |
| **INC., STANLEY TAYLOR, et. al** | : | |
| | : | |
| **Defendants.** | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2006 I electronically filed the attached

Plaintiffs' Pre-Discovery Disclosures with the Clerk of the Court using CM/ECF which

will send notification of such filing to the following attorneys of record below:

Stephani J. Ballard, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

Dana M. Spring-Monzo, Esquire
McCullough & McKenty,PA.
1225 King Street
Suite 100
P.O. Box 397
Wilmington, DE 19899-0397

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (Del Bar #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 (fax)
Attorney for the Plaintiff