IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  C. A. No. 06-104-JJF |
| | ) |
| FIRST CORRECTIONAL | ) |
| MEDICAL, INC., | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned certifies that on January 9, 2007, she caused the **STATE DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFFS PURSUANT TO FRCP 36** to be delivered to the following persons in the form and manner indicated:

| | |
|---|---|
| Jeffrey K. Martin, Esquire | Dana Spring Monzo, Esquire |
| Margolis Edelstein | McCullough & McKenty |
| 1509 Gilpin Ave. | 1225 N. King St., Ste. 1100 |
| Wilmington, DE 19806 | P.O. Box 397 |
| | Wilmington, DE 19899-0397 |

**MANNER OF DELIVERY:**

\_\_\_\_   Two true copies by first class mail, postage prepaid, to each recipient and
_X_  via e-mail

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants