## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 06-104-JJF |
| ) | |
| FIRST CORRECTIONAL ) | |
| MEDICAL, INC., ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned certifies that on January 9, 2007, she caused the **STATE DEFENDANTS' COMBINED FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFFS** to be delivered to the following persons in the form and manner indicated:

| | |
|---|---|
| Jeffrey K. Martin, Esquire | Dana Spring Monzo, Esquire |
| Margolis Edelstein | McCullough & McKenty |
| 1509 Gilpin Ave. | 1225 N. King St., Ste. 1100 |
| Wilmington, DE 19806 | P.O. Box 397 |
| | Wilmington, DE 19899-0397 |

**MANNER OF DELIVERY:**

\_\_\_\_\_ Two true copies by first class mail, postage prepaid, to each recipient and
\_\_X\_\_ via e-mail

                                                                                               STATE OF DELAWARE
                                                                                               DEPARTMENT OF JUSTICE

                                                                                               /s/ Stephani J. Ballard
                                                                                               Stephani J. Ballard, I.D. #3481
                                                                                               Deputy Attorney General
                                                                                               Carvel State Office Building
                                                                                               820 N. French Street, 6th Floor
                                                                                               Wilmington, DE 19801
                                                                                               (302) 577-8400
                                                                                               Attorney for State Defendants