IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et. al | : |
| | : |
| Plaintiffs, | : C.A. No. 06-104(JJF) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, | : |
| INC., STANLEY TAYLOR, et. al | : |
| | : |
| Defendants. | : |

## NOTICE AND CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, a true and correct copy of the *Plaintiffs' First Request for Production of Documents Directed to State Defendants* was served upon the following counsel of record via first class mail, postage prepaid:

Stephani J. Ballard, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

Dana M. Spring-Monzo, Esquire
McCullough & McKenty, PA.
1225 King Street
Suite 100
P.O. Box 397
Wilmington, DE 19899-0397

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 (fax)
Attorney for the Plantiff

Dated January 19, 2007

7