IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-104-JJF |
| : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| INC., et al., : | |
| : | |
| Defendants. : | |

**ORDER**

At Wilmington this **25th** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, April 18, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE