**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KAREN BARKES individually; TINA<br>GROSSMAN as next<br>friend of BRITTANY BARKES; TINA<br>GROSSMAN as next friend of ALEXANDRA<br>BARKES; and KAREN BARKES as administratrix<br>of the ESTATE OF CHRISTOPHER BARKES,<br><br>        Plaintiffs,<br><br>v.<br><br><br>FIRST CORRECTIONAL MEDICAL,<br>INC.; STANLEY TAYLOR; RAPHAEL<br>WILLIAMS; CERTAIN UNKNOWN<br>INDIVIDUAL  EMPLOYEES OF THE STATE OF<br>DELAWARE   DEPARTMENT OF<br>CORRECTION; CERTAIN UNKNOWN<br>INDIVIDUAL EMPLOYEES<br>OF FIRST CORRECTIONAL MEDICAL,<br>INC.; and STATE OF DELAWARE<br>DEPARTMENT OF CORRECTION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 06-cv-00104(JJF)<br>)<br>)<br>)    JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR EXTENSION OF TIME FOR JOINDER OF PARTIES AND
TO AMEND COMPLAINT**

The parties, by and through their undersigned counsel, do hereby stipulate to an

extension of time to extend the deadline for joinder of parties and to amend the complaint

in the above-captioned matter to February 28, 2007.

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin
Jeffrey K. Martin (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com

STATE OF DELAWARE

/s/ Stephani J. Ballard, Esquire
Stephani J. Ballard, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8354
Stephani.Ballard@state.de.us

McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring-Monzo, Esquire
Dana Spring-Monzo, Esquire
1225 King Street, Suite 100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749, ext. 31


IT IS SO ORDERED this     day of January 2007

_____