IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, individually; <br> TINA GROSSMAN as next friend of <br> BRITTANY BARKES; TINA <br> GROSSMAN as next friend of <br> ALEXANDRA BARKES; and <br> KAREN BARKES as administratrix <br> of the ESTATE OF CHRISTOPHER <br> BARKES, <br>           Plaintiffs, <br> v. <br> FIRST CORRECTIONAL MEDICAL <br> INC.; STANLEY TAYLOR; <br> RAPHAEL WILLIAMS; <br> CERTAIN UNKNOWN INDIVIDUAL <br> EMPLOYEES OF STATE OF <br> DELAWARE DEPARTMENT OF <br> CORRECTION; CERTAIN <br> UNKNOWN INDIVIDUAL <br> EMPLOYEES OF FIRST <br> CORRECTIONAL MEDICAL, INC., <br> And STATE OF DELAWARE, <br> DEPARTMENT OF CORRECTION, <br>           Defendants. | C. A. No. 06-104-JJF |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, hereby certify that on Friday, February 23, 2007, a copy of

**Plaintiff's Responses to Defendant's First Set of Interrogatories** were served by hand delivery

on the following:

Stephani J. Ballard
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

MARGOLIS EDELSTEIN
/s/ *Jeffrey K. Martin, Esquire*
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
Attorneys for Plaintiff

Dated: February 23, 2007