IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KAREN BARKES, individually;** ) <br> **TINA GROSSMAN as next friend of** ) <br> **BRITTANY BARKES; TINA** ) <br> **GROSSMAN as next friend of** ) <br> **ALEXANDRA BARKES; and** ) <br> **KAREN BARKES as administratrix** ) <br> **of the ESTATE OF CHRISTOPHER** ) <br> **BARKES,** ) <br>          **Plaintiffs,** ) <br> v. ) <br> **FIRST CORRECTIONAL MEDICAL** ) <br> **INC.; STANLEY TAYLOR;** ) <br> **RAPHAEL WILLIAMS;** ) <br> **CERTAIN UNKNOWN INDIVIDUAL** ) <br> **EMPLOYEES OF STATE OF** ) <br> **DELAWARE DEPARTMENT OF** ) <br> **CORRECTION; CERTAIN** ) <br> **UNKNOWN INDIVIDUAL** ) <br> **EMPLOYEES OF FIRST** ) <br> **CORRECTIONAL MEDICAL, INC.,** ) <br> **And STATE OF DELAWARE,** ) <br> **DEPARTMENT OF CORRECTION,** ) <br>          ) <br>          **Defendants.** ) | C. A. No. 06-104-JJF |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, hereby certify that on Friday, February 23, 2007, a copy of

**Plaintiff's Responses to Defendant's First Set of Production of Documents** were served by

hand delivery on the following:

Stephani J. Ballard
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

                                        MARGOLIS EDELSTEIN
                                        /s/ *Jeffrey K. Martin, Esquire*
                                        Jeffrey K. Martin, Esquire (#2407)
                                        1509 Gilpin Avenue
                                        Wilmington, DE 19806
                                        (302) 777-4680
                                        (302) 777-4682 fax
                                        jmartin@margolisedelstein.com
                                        Attorneys for Plaintiff

Dated: February 23, 2007