IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, individually; TINA GROSSMAN as next friend of BRITTANY BARKES; TINA GROSSMAN as next friend of ALEXANDRA BARKES; and KAREN BARKES as administratrix of the ESTATE OF CHRISTOPHER BARKES, <br> Plaintiffs, <br> v. <br> FIRST CORRECTIONAL MEDICAL INC.; STANLEY TAYLOR; RAPHAEL WILLIAMS; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF STATE OF DELAWARE DEPARTMENT OF CORRECTION; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF FIRST CORRECTIONAL MEDICAL, INC., And STATE OF DELAWARE, DEPARTMENT OF CORRECTION, <br> Defendants. | C. A. No. 06-104-JJF |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, hereby certify that on Friday, February 23, 2007, a copy of **Plaintiff's Responses to Defendant's First Set of Admissions** were served by hand delivery on the following:

Stephani J. Ballard
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

                                           MARGOLIS EDELSTEIN
                                           /s/ *Jeffrey K. Martin, Esquire*
                                             Jeffrey K. Martin, Esquire (#2407)
                                             1509 Gilpin Avenue
                                             Wilmington, DE 19806
                                             (302) 777-4680
                                             (302) 777-4682 fax
                                             jmartin@margolisedelstein.com
                                             Attorneys for Plaintiff

Dated: February 23, 2007