IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 06-104-JJF |
| ) | |
| FIRST CORRECTIONAL ) | |
| MEDICAL, INC., ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned certifies that on March 9, 2007, she caused the **STATE DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** to be delivered to the following persons in the form and manner indicated:

| | |
|---|---|
| Jeffrey K. Martin, Esquire<br>Margolis Edelstein<br>1509 Gilpin Ave.<br>Wilmington, DE 19806 | Dana Spring Monzo, Esquire<br>McCullough & McKenty<br>1225 N. King St., Ste. 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 |

**MANNER OF DELIVERY:**

            Two true copies by first class mail, postage prepaid, to each recipient and
   X   via e-mail

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

                                            /s/ *Stephani J. Ballard*
                                            Stephani J. Ballard, I.D. #3481
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 N. French Street, 6th Floor
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            Attorney for State Defendants