IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et. al : | |
| : | |
| Plaintiffs, : | C.A. No. 06-104 JJF |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL, : | |
| INC., STANLEY TAYLOR, et. al : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

I hereby certify that on March 9, 2007, a true and correct copy of the *State Defendants' Responses to Plaintiffs' First Request for Production of Documents* was served upon the following counsel of record via first class mail, postage prepaid:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Dana M. Spring-Monzo, Esquire
McCullough & McKenty, PA.
1225 King Street
Suite 100
P.O. Box 397
Wilmington, DE 19899-0397

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ *Stephani J. Ballard*
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

Dated:  March 9, 2007