## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 06-104-JJF |
| ) | |
| FIRST CORRECTIONAL ) | |
| MEDICAL, INC., ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned certifies that on June 4, 2007, she caused the **STATE DEFENDANTS' SECOND SET OF INTERROGATORIES DIRECTED TO PLAINTIFFS** to be delivered to the following persons in the form and manner indicated:

Jeffrey K. Martin, Esquire
1509 Gilpin Ave.
Wilmington, DE 19806

Dana Spring Monzo, Esquire
McCullough & McKenty
1225 N. King St., Ste. 1100
P.O. Box 397
Wilmington, DE 19899-0397

**MANNER OF DELIVERY:**

      Two true copies by first class mail, postage prepaid, to each recipient and
  X  via e-mail

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Stephani J. Ballard
    Stephani J. Ballard, I.D. #3481
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorney for State Defendants