## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KAREN BARKES, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 06-104-JJF** |
| | ) | |
| **FIRST CORRECTIONAL** | ) | |
| **MEDICAL, INC.,** | ) | |
| **STANLEY TAYLOR, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF SERVICE

The undersigned certifies that on June 6, 2007, she caused the **STATE DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT, FIRST CORRECTIONAL MEDICAL, INC.** to be delivered to the following persons in the form and manner indicated:

Jeffrey K. Martin, Esquire
1509 Gilpin Ave.
Wilmington, DE 19806

Dana Spring Monzo, Esquire
McCullough & McKenty
1225 N. King St., Ste. 1100
P.O. Box 397
Wilmington, DE 19899-0397

**MANNER OF DELIVERY:**

Two true copies by first class mail, postage prepaid, to each recipient and
___X___  via e-mail

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_/s/ Stephani J. Ballard_
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants