UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et al., ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 06-104-JJF |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | JURY OF 12 DEMANDED |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendants First Correctional Medical, Inc., and certain unknown individual employees of First Correctional Medical, Inc.

McCULLOUGH & McKENTY, P.A.              McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring Monzo                             /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*       Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                                   Legal Arts Building
1225 King Street, Suite 1100                     1225 King Street, Suite 1100
P.O. Box 397                                              P.O. Box 397
Wilmington, DE 19899-0397                     Wilmington, DE 19899-0397
302-655-6749                                              302-655-6749
Attorney for Defendants                             Attorney for Defendants
First Correctional Medical, Inc. and            First Correctional Medical, Inc. and
certain unknown individual employees of   certain unknown individual employees of
First Correctional Medical, Inc.                   First Correctional Medical, Inc.

Dated: June 13, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BARKES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 06-104-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., et al., | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals electronically:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Stephani J. Ballard, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801


/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007