IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BARKES, individually; <br> TINA GROSSMAN as next friend of <br> BRITTANY BARKES; TINA <br> GROSSMAN as next fried of <br> ALEXANDRA BARKES; and <br> KAREN BARKES as administratrix of the <br> ESTATE OF CHRISTPHER BARKES, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST CORRECTIONAL MEDICAL <br> INC.; STANLEY TAYLOR; <br> RAPHAEL WEILLIAMS: CERTAIN <br> UNKNOWN INDIVIDUAL <br> EMPLOYEES OF STATE OF <br> DELAWARE DEPARTMENT OF <br> CORRECTIONS; CERTAIN <br> UNKNOWN INDIVIDUAL EMPLOEES <br> OF FIRST CORRECTIONAL MEDICAL, <br> INC., and STATE OF DELAWARE, <br> DEPARTMENT OF CORRECTION, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C. A. No.: 06-104 JJF |

## NOTICE OF SERVICE

Please take notice that the undersigned did hereby forward copies of Plaintiffs' Answers to State Defendants' Second Set of Interrogatories Directed to Plaintiffs via U.S. First Class, Postage Paid Mail on this 6th day of August, 2007 to the following:

Stephani J. Ballard, Esquire
Department of Justice
New Castle County
820 North French Street
Wilmington, DE  19801

MARTIN & WILSON, P.A.

JEFFREY K. MARTIN, ESQUIRE
DE Bar I.D. No.: 2407
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
E-mail: jmartin@martinandwilson.com
Attorney for Plaintiffs