IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KAREN BARKES, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 06-104-JJF |
| ) | |
| **FIRST CORRECTIONAL** ) | |
| **MEDICAL, INC.,** ) | |
| **STANLEY TAYLOR, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned certifies that on August 7, 2007, she caused the STATE DEFENDANTS' SUPPLEMENTATION OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(e) to be delivered to the following persons in the form and manner indicated:

NAME AND ADDRESS OF RECIPIENT(S):

Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue, Suite 1C
Wilmington, DE 19806

Daniel McKenty, Esquire
Heckler & Frabizzio
P.O. Box 128
Wilmington, DE 19899-0128

**MANNER OF DELIVERY:**

  X   Two true copies by first class mail, postage prepaid, to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants