IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C. A. No. 06-104-JJF |
| | ) |
| FIRST CORRECTIONAL | ) |
| MEDICAL, INC., | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

TO:  Jeffrey K. Martin, Esquire          Daniel McKenty, Esquire
     Martin & Wilson, P.A.               Heckler & Frabizzio
     1508 Pennsylvania Avenue, Suite 1C  P.O. Box 128
     Wilmington, DE 19806                Wilmington, DE 19899-0128

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Karen Barkes on <u>Monday, September 24, 2007</u> at 10:00 a.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Dated: August 30, 2007                   Attorney for State Defendants

cc: Wilcox and Fetzer

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  C. A. No. 06-104-JJF |
| | ) |
| FIRST CORRECTIONAL | ) |
| MEDICAL, INC., | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 30, 2007 she caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following persons electronically:

NAME AND ADDRESS OF RECIPIENT(S):

Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue, Suite 1C
Wilmington, DE 19806

Daniel McKenty, Esquire
Heckler & Frabizzio
P.O. Box 128
Wilmington, DE 19899-0128

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for State Defendants