IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KAREN BARKES, individually;** | ) | |
| **TINA GROSSMAN as next friend of** | ) | |
| **BRITTANY BARKES; TINA GROSSMAN** | ) | |
| **as next friend of ALEXANDRA BARKES;** | ) | |
| **and KAREN BARKES as administratrix** | ) | |
| **of the ESTATE OF CHRISTOPHER** | ) | |
| **BARKES,** | ) | C. A. No. 06-104-JJF |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL INC.** | ) | |
| **INC.; STANLEY TAYLOR;** | ) | |
| **RAPHAEL WILLIAMS; CERTAIN** | ) | |
| **UNKNOWN INDIVIDUAL EMPLOYEES** | ) | |
| **OF STATE OF DELAWARE** | ) | |
| **DEPARTMENT OF CORRECTION;** | ) | |
| **CERTAIN UNKNOWN INDIVIDUAL** | ) | |
| **EMPLOYEES OF FIRST** | ) | |
| **CORRECTIONAL MEDICAL, INC.,** | ) | |
| **and STATE OF DELAWARE,** | ) | |
| **DEPARTMENT OF CORRECTION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW, the above-captioned Defendants, by and through their counsel, and hereby move this Honorable Court to enter an Order granting Summary Judgment in their favor, and against the Plaintiffs in this matter, pursuant to Federal Rule of Civil Procedure 56(c), for the reasons set forth in the accompanying Opening Brief in Support of Defendants' Motion for Summary Judgment.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

  /s/Stephani J. Ballard
STEPHANI J. BALLARD (I.D. No. 3481)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
DATED: October 15, 2007        Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, individually; ) <br> TINA GROSSMAN as next friend of ) <br> BRITTANY BARKES; TINA GROSSMAN ) <br> as next friend of ALEXANDRA BARKES; ) <br> and KAREN BARKES as administratrix ) <br> of the ESTATE OF CHRISTOPHER ) <br> BARKES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FIRST CORRECTIONAL MEDICAL INC. ) <br> INC.; STANLEY TAYLOR; ) <br> RAPHAEL WILLIAMS; CERTAIN ) <br> UNKNOWN INDIVIDUAL EMPLOYEES ) <br> OF STATE OF DELAWARE ) <br> DEPARTMENT OF CORRECTION; ) <br> CERTAIN UNKNOWN INDIVIDUAL ) <br> EMPLOYEES OF FIRST ) <br> CORRECTIONAL MEDICAL, INC., ) <br> and STATE OF DELAWARE, ) <br> DEPARTMENT OF CORRECTION, ) <br> ) <br> Defendants. ) | C. A. No. 06-104-JJF |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on October 15, 2007, she caused the attached, *Defendants' Motion for Summary Judgment* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jeffrey K. Martin, Esquire           Daniel McKenty, Esquire
Martin & Wilson, P.A.                Heckler & Frabizzio
1508 Pennsylvania Ave., Suite 1C     P.O. Box 128
Wilmington, DE 19806                 Wilmington, DE 19899-0128

                                     /s/ Stephani J. Ballard
                                     Stephani J. Ballard, I.D. #3481
                                     Deputy Attorney General
                                     Carvel State Office Building
                                     820 N. French Street, 6th Floor
                                     Wilmington, DE 19801
                                     (302)577-8400
                                     Attorney for State Defendants