IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES, individually; TINA GROSSMAN as next friend of BRITTANY BARKES; TINA GROSSMAN as next friend of ALEXANDRA BARKES; and KAREN BARKES as administratrix of the ESTATE OF CHRISTOPHER BARKES, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST CORRECTIONAL MEDICAL INC.; STANLEY TAYLOR; RAPHAEL WILLIAMS; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF STATE OF DELAWARE DEPARTMENT OF CORRECTION; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF FIRST CORRECTIONAL MEDICAL, INC., And STATE OF DELAWARE, DEPARTMENT OF CORRECTION, <br><br> Defendants. | C. A. No. 06-104-JJF |

## STIPULATION

IT IS HEREBY STIPULATED by the parties in the above action that the deadline for Plaintiff's Answering Brief to the State Defendants' Motion for Summary Judgment be extended to November 13, 2007 and that the State Defendants' Reply Brief deadline be extended to November 27, 2007.

/s/ *Jeffrey K. Martin*
**JEFFREY K. MARTIN, ESQUIRE**
DE Bar I.D. No.: 2407
Martin & Wilson, P.A.
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorney for Plaintiff*

/s/ *Stephani J. Ballard*
**STEPHANI J. BALLARD, ESQUIRE**
DE Bar I.D. No.: 3481
Carvel State Office Building
820 North French Street
Wilmington DE 19801
(302) 577-8354
stephani.ballard@state.de.us
*Attorney for State Defendants*

-And-

/s/ *Daniel L. McKenty*
**DANIEL L. MCKENTY, ESQUIRE**
DE Bar I.D. No.: 2689
Heckler & Frabizzio, P.A.
800 Delaware Ave, Suite 200
P.O. Box 128
Wilmington, DE 19899
(302) 573-4800
dmckenty@hfddel.com
*Attorney for Defendant First Correctional Medical*

SO ORDERED.

_____
J.