## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES individually; TINA )<br>GROSSMAN as next )<br>friend of BRITTANY BARKES; TINA )<br>GROSSMAN as next friend of ALEXANDRA )<br>BARKES; and KAREN BARKES as administratrix )<br>of the ESTATE OF CHRISTOPHER BARKES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL, )<br>INC.; STANLEY TAYLOR; RAPHAEL )<br>WILLIAMS; CERTAIN UNKNOWN )<br>INDIVIDUAL EMPLOYEES OF THE STATE OF )<br>DELAWARE DEPARTMENT OF )<br>CORRECTION; CERTAIN UNKNOWN )<br>INDIVIDUAL EMPLOYEES )<br>OF FIRST CORRECTIONAL MEDICAL, )<br>INC.; and STATE OF DELAWARE )<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendants. ) | C.A. No. 06-104(JJF)<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, through their undersigned counsel, respectfully oppose Defendants' Motion for Summary Judgment in the above-captioned case. The grounds for their opposition are set forth in Plaintiffs' Answering Brief in Opposition to Defendants' Motion for Summary Judgment, which is filed separately.

| | |
|---|---|
| MARTIN & WILSON, P.A. | LAW OFFICES OF<br>HERBERT G. FEUERHAKE |
| /s/ Jeffrey K. Martin | /s/ Herbert G. Feuerhake |
| JEFFREY K. MARTIN, ESQ. (# 2407)<br>TIMOTHY J. WILSON, ESQ. (#4323)<br>1508 Pennsylvania Avenue<br>Wilmington, DE 19806<br>(302) 777-4681<br>jmartin@martinandwilson.com<br>twilson@martinandwilson.com<br>*Attorneys for Plaintiffs* | HERBERT G. FEUERHAKE, ESQ. (#2590)<br>521 West St<br>Wilmington, DE 19801<br>herblaw@verizonmail.com<br>(302) 658-6101<br>*Attorney for Plaintiffs* |

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that the foregoing *Plaintiff's Opposition to Defendants' Motion for Summary Judgment* was filed via CM/EMF on November 13, 2007 to the following:

Stephani J. Ballard
Department of Justice
Carvel State Office Building
820 N French St
Wilmington, DE 19801

Daniel L. McKenty
Heckler & Frabizzio, P.A.
800 Delaware Ave, Suite 200
P.O. Box 128
Wilmington, DE 19899

| | |
|---|---|
| **MARTIN & WILSON, P.A.** | **LAW OFFICES OF**<br>**HERBERT G. FEUERHAKE** |
| /s/ Jeffrey K. Martin | /s/ Herbert G. Feuerhake |
| **JEFFREY K. MARTIN, ESQ. (#2407)**<br>**TIMOTHY J. WILSON, ESQ. (#4323)**<br>1508 Pennsylvania Avenue<br>Wilmington, DE 19806<br>(302) 777-4681<br>jmartin@martinandwilson.com<br>twilson@martinandwilson.com<br>*Attorneys for Plaintiffs* | HERBERT G. FEUERHAKE, ESQ. (#2590)<br>521 West St<br>Wilmington, DE 19801<br>herblaw@verizonmail.com<br>(302) 658-6101<br>*Attorney for Plaintiffs* |

DATED:     November 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN BARKES individually; TINA GROSSMAN as next friend of BRITTANY BARKES; TINA GROSSMAN as next friend of ALEXANDRA BARKES; and KAREN BARKES as administratrix of the ESTATE OF CHRISTOPHER BARKES,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST CORRECTIONAL MEDICAL, INC.; STANLEY TAYLOR; RAPHAEL WILLIAMS; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF THE STATE OF DELAWARE DEPARTMENT OF CORRECTION; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF FIRST CORRECTIONAL MEDICAL, INC.; and STATE OF DELAWARE DEPARTMENT OF CORRECTION,<br><br>Defendants. | C.A. No. 06-104(JJF)<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Upon consideration of the Defendants' Motion for Summary Judgment and Plaintiffs' Opposition thereto, this _____ day of _____, 2007, it is hereby,

ORDERED, that Defendants' Motion for Summary Judgment is DENIED.

_____
J.