IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN BARKES, individually; TINA GROSSMAN as next friend of BRITTANY BARKES; TINA GROSSMAN as next friend of ALEXANDRA BARKES; and KAREN BARKES as administratrix of the ESTATE OF CHRISTOPHER BARKES, | ) ) ) ) ) ) ) ) | |
| | ) | C. A. No. 06-104-JJF |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| FIRST CORRECTIONAL MEDICAL INC.; STANLEY TAYLOR; RAPHAEL WILLIAMS; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF STATE OF DELAWARE DEPARTMENT OF CORRECTION; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF FIRST CORRECTIONAL MEDICAL, INC., And STATE OF DELAWARE, DEPARTMENT OF CORRECTION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Jeffrey K. Martin, hereby certify that on November 30, 2007, a copy of Plaintiffs' Supplemental Response to State Defendants' First Set of Requests for Production of Documents was filed via CM/EMF and served by First Class Mail on the following:

Stephani J. Ballard, Esquire
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Daniel L. McKenty
Heckler & Frabizzio, P.A.
800 Delaware Avenue
Suite 200
P.O. Box 128
Wilmington, DE 19899

**MARTIN & WILSON, P.A.**

/s/ Jeffrey K. Martin, Esquire

**JEFFREY K. MARTIN, ESQUIRE**
Delaware State Bar No. 2407
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
Attorneys for Plaintiffs

Dated: November 30, 2007