IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KAREN BARKES, individually; :
TINA GROSSMAN as next friend of :
BRITTANY BARKES; TINA GROSSMAN :
as next friend of ALEXANDRA BARKES;:
and KAREN BARKES as administratrix :
of the ESTATE OF CHRISTOPHER :
BARKES, :
 : Civil Action No. 06-104-JJF
    Plaintiffs, :
 :
  v. :
 :
FIRST CORRECTIONAL MEDICAL, INC; :
STANLEY TAYLOR; RAPHAEL WILLIAMS; :
CERTAIN UNKNOWN INDIVIDUAL :
EMPLOYEES OF STATE OF DELAWARE :
DEPARTMENT OF CORRECTION; CERTAIN :
UNKNOWN INDIVIDUAL EMPLOYEES OF :
FIRST CORRECTIONAL MEDICAL, INC., :
and STATE OF DELAWARE, DEPARTMENT :
OF CORRECTION, :
 :
    Defendants. :

## ORDER

At Wilmington, the 27th day of February 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants Delaware Department of Corrections, Stanley Taylor and Raphael Williams's Motion For Summary Judgment (D.I. 49) is **GRANTED**.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE