IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KAREN BARKES, individually; :
TINA GROSSMAN as next friend of :
BRITTANY BARKES; TINA GROSSMAN :
as next friend of ALEXANDRA BARKES;:
and KAREN BARKES as administratrix :
of the ESTATE OF CHRISTOPHER :
BARKES, :
 :
       Plaintiffs, : Civil Action No. 06-104-JJF
 :
  v. :
 :
FIRST CORRECTIONAL MEDICAL, INC; :
STANLEY TAYLOR; RAPHAEL WILLIAMS; :
CERTAIN UNKNOWN INDIVIDUAL :
EMPLOYEES OF STATE OF DELAWARE :
DEPARTMENT OF CORRECTION; CERTAIN :
UNKNOWN INDIVIDUAL EMPLOYEES OF :
FIRST CORRECTIONAL MEDICAL, INC., :
and STATE OF DELAWARE, DEPARTMENT :
OF CORRECTION, :
 :
       Defendants. :
 :

**JUDGMENT IN A CIVIL CASE**

    For the reasons set forth in the Court's Memorandum Opinion and Order dated February 27, 2008;

    IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants, State of Delaware Department of Corrections, Stanley Taylor and Raphael Williams, and against Plaintiffs, Karen Barkes, individually and as administratix of the Estate of Christopher Barkes, Tina Grossman, as next friend of Alexandra Barkes, and Tina Grossman, as next friend of

Brittany Barkes.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2008

_____
(By) Deputy Clerk