```
                                                                    1

  1              IN THE UNITED STATES DISTRICT COURT

  2              IN AND FOR THE DISTRICT OF DELAWARE

  3                           - - -
     KAREN BARKES                      :     CIVIL ACTION
  4                                    :
                                       :
  5           Plaintiff                :
                                       :
  6           vs.                      :
                                       :
  7  FIRST CORRECTIONAL MEDICAL, INC., :
     ET AL
  8                                    :
              Defendant                :     NO. 06-104 (JJF)
  9
                              - - -
 10
                                       Wilmington, Delaware
 11                                    May 21, 2008
                                       1:00 o'clock, p.m.
 12                                    Rule to Show Cause

 13                           - - -

 14  BEFORE:  HONORABLE JOSEPH J. FARNAN, JR., U.S.D.C.J.

 15                           - - -

 16  APPEARANCES:

 17           MARTIN & WILSON, P.A.
              BY:  JEFFREY K. MARTIN, ESQ
 18
                        and
 19
              LAW OFFICE OF HERBERT G. FEUERHAKE
 20           BY: HERBERT G. FEUERHAKE, ESQ.
                        Counsel for Plaintiff
 21

 22

 23
                                       Leonard A. Dibbs
 24                                    Official Court Reporter

 25
```

                                                                          2

1
2
3
4                     P R O C E E D I N G S
5          (Court proceedings commenced at 1:03 o'clock p.m.)
6               THE COURT:  We'll move to the next case which is
7    Barkes vs. First Correctional Medical Inc. 06-104.
8               Mr. Martin, good afternoon.
9               MR. MARTIN:  Good afternoon, your Honor.
10              We're here at the Court's direction and in a
11   similar situation as the last one.  As much as Mr. McKenty
12   filed a motion to withdraw and the Court entered an order
13   directing that defendant First Correctional Medical to obtain
14   counsel on or about April 28th, and in the absence of that,
15   to appear here today with regard to a potential default.
16              First of all, your Honor, we take no position
17   with regard to Mr. McKenty's application for withdrawal.  We
18   would like to go forward and ask that a default judgement be
19   entered, at least the process begun for a default against
20   First Correctional Medical.
21              THE COURT:  I'm going to grant the motion to
22   withdraw.
23              I'm going to as noticed and as now moved grant a
24   Default Judgment in favor of the plaintiffs in this case.
25              I'll leave it to you to move for a hearing to

1    determine damages.
2            I'll grant you leave to file any amended
3    pleadings that you believe is appropriate given the present
4    status of the case; two motions, that being the motion to
5    withdraw and motion for Default Judgment having been granted.
6            MR. MARTIN:  There are a couple of other issues
7    that we should address with the Court.
8            As the Court may be aware there are state
9    defendants who are party defendants in this matter.  The
10   Court granted their Motion for Summary Judgement.
11           I took this matter up to the U.S. Court Of
12   Appeals, perhaps in error.  At that point, I hadn't really
13   thought much about First Correctional Medical.  It didn't
14   appear in this matter.
15           THE COURT:  I want to say this.  Are you going to
16   layout a position here?
17           MR. MARTIN:  Yes.
18           THE COURT:  I'm aware of that.  That's why I
19   granted you leave to file an amended pleading.
20           The prior grant of Summary Judgement was in the
21   circumstances of the case on the claims that were raised at
22   that juncture.  I'm not advocating here.
23           Those circumstances have obviously changed.  I'm
24   aware that you may have claims which you don't have to
25   disclose today.  You can do it in a pleading that may pertain

```
 1   either to third parties or the parties that were initially in
 2   the case that you want to rejoin in the case, then I think
 3   there might be issues related back to the claims.
 4              You don't have to convince me that you ought to
 5   have the right to do that.  I'm going to grant you the right
 6   to engage in that practice.
 7              MR. MARTIN:   Thank you, your Honor.
 8              THE COURT:   Does that makes sense to you?
 9              MR. MARTIN:   May I have a moment with my
10   co-counsel, your Honor?
11              THE COURT:   Yes?
12              MR. MARTIN:   Thank you, your Honor.   That's all
13   we have in this case.
14         (Court proceedings concluded at 1:07 o'clock p.m.)
15
16
17
18
19
20
21
22
23
24
25
```