UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 11, 2008
DCO-107

No. 08-2280

KAREN BARKES, *et. al.,*

Appellants

v.

FIRST CORRECTIONAL MEDICAL INC. *et. al.*

(D. Del. No. 06-cv-00104)

Present:    BARRY, CHAGARES and NYGAARD, Circuit Judges

Stipulation of Dismissal between Parties to Voluntarily Dismiss Appeal without Prejudice.

/s/Marianne Bowers
Case Manager (267)299-4911

**O R D E R**

The foregoing stipulation of dismissal is hereby adopted and the appeal is hereby dismissed without prejudice.

By the Court,

/s/ Michael A. Chagares
Circuit Judge

Dated:      July 9, 2008
MB/cc:      Herbert G. Feuerhake, Esq.
            Jeffrey K. Martin, Esq.
            Stephani J. Ballard, Esq.
            Daniel L. McKenty, Esq.